In re STODDARD. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) In the matter of examination of Seneca H. Stoddard in proceedings supplementary to execution. No opinion. Order denying motion for resettlement affirmed, without costs. See, also, 113 N. Y. Supp. 157.

STONE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Margaret E. Stone, administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Case reached and passed twice on calendar, and dismissed, without costs, under general rule 39.

STORM, Respondent, v. INGRAHAM, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Jules P. Storm against D. Phœnix Ingraham. G. E. Morgan, for appellant. T. A. Keppler, for respondent. No opinion. Determination affirmed, with costs. Order filed.

STOWELL, Respondent, v. MEACHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by Robert A. Stowell against Linus D. Meacham, Jr. No opinion. Judgment and order affirmed, with costs.

STRAUS et al. v. AMERICAN PUBLISHERS' CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Isidor Straus and another against the American Publishers' Company. No opinion. Motion granted. Order filed.

STRAUSS, Respondent, v. THOMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Josephine Strauss against Margaret Thoman. J. A. Delehanty, for appellant. M. Strassman, for respondent.
PER CURIAM. Determination (60 Misc. Rep. 72, 111 N. Y. Supp. 745) affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

SULLIVAN, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Florence Sullivan, an infant, by Daniel J. Sullivan, her guardian ad litem against the Richmond Light & Railroad Company. No opinion. Motion denied, without costs. See, also, 128 App. Div. 175, 112 N. Y. Supp. 648.

SWARTWOUT, Appellant, v. SCHEIDEBERG, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Frank G. Swartwout against Herman Scheideberg. S. T. D. Jones, for appellant. M. R. Ryttenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWIFT, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Garritt Swift against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

TALLON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Proceeding by Joseph A. Tallon against the Board of Education of the city of New York. B. W. Gibson, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Respondent, v. VAN NORDEN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Charles E. Taylor against Warner Van Norden. J. M. Stoddard, for appellant. F. W. Park, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

THALER et al. v. BLAUNER et al. (Supreme Court, Appellate Term. November 30, 1908.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Jacob Thaler and Isaac Thaler against Julius Blauner and Isidor Blauner. Judgment for defendants, and plaintiffs appeal. Affirmed. B. Breitbart, for appellants. J. Wilkenfeld, for respondents.
PER CURIAM. Judgment affirmed, with costs.
MacLEAN, J. (dissenting). The complaint herein should have been dismissed, as the plaintiffs showed neither partnership nor joint right to recover. Furthermore, the judgment was rendered, according to the return, "in favor of the plaintiff and against the defendant." As the return discloses two plaintiffs and two defendants, the judgment should be reversed, and a new trial ordered, with costs to the respondents to abide the event.

THOMAS F. CUSHING CO., Respondent, v. HASTINGS, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by the Thomas F. Cushing Company against James Hastings. A. H. Seager, for appellant. M. Mackenzie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON v. STANDARD FASHION CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Cora D. Thompson against the Standard Fashion Company. No opinion. Motion denied, with $10 costs. Order filed.

TONKONOGY et al., Respondents, v. FUCHS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by George Tonkonogy and another against David Fuchs and others. No opinion. Motion denied, without costs.

TOWN OF BLEECKER, Respondent, v. BALJE, Appellant. (Supreme Court, Appellate Division, Third Department. November

11, 1908.) Action by the town of Bleecker against William Balje. No opinion. Appeal dismissed, without costs, upon the ground that the interlocutory judgment is not appealable.

TOWN OF PELHAM, Respondent, v. SHINN, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1908.) Action by the town of Pelham against John M. Shinn. No opinion. Motion granted, without costs.

TUCKER et al. v. SUPREME TENT OF THE KNIGHTS OF THE MACCABEES OF THE WORLD. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Melvin D. Tucker and another against the Supreme Tent of the Knights of the Maccabees of the World.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the plaintiffs upon the verdict, with costs.

See, also, 123 App. Div. 223, 108 N. Y. Supp. 279.

ROBSON, J., dissents. SPRING, J., not sitting.

In re TULL. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) In the matter of the application of Samuel P. Tull for admission to the bar. No opinion. Application granted.

TYLER, Respondent, v. PULVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by James R. Tyler against Elias F. Pulver.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the court erred in the admission of evidence offered by the plaintiff, among other things the schedules in bankruptcy and the report filed with the Secretary of State.

McLENNAN, P. J., dissents, upon the ground that the defendant offered no evidence in mitigation of damages, and that therefore the errors in the reception of evidence were immaterial.

TYRRELL, Respondent, v. FORTY-SECOND ST. M. & ST. N. AVE. RY. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Sue B. Tyrrell against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company, impleaded with others. J. V. Bouvier, Jr., for appellant. L. Skidmore, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

ULICH, Respondent, v. WHITE CLOVER DAIRY, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by George F. Ulich against the White Clover Dairy. J. J. Mahoney, for appellant. John F. O'Ryan, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent.

UNGRICH v. UNGRICH et al. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Appeal from Trial Term, New York County. Action by Martin L. Ungrich against Henry Ungrich, Jr., and another. From an order denying a motion in contempt proceedings, plaintiff appeals. Affirmed. L. Laflin Kellogg, for appellant. E. W. S. Johnston, for respondents.

PER CURIAM. The order appealed from will be affirmed, without costs to either party, providing the defendants pay to the plaintiff on demand the income which has already accrued from the fund that the defendants concede is held in trust for him, namely $78,984.07, and also, pending the appeal, the accruing income upon such fund as the same shall be received by the trustees, such payments to be made without prejudice to the rights of any of the parties to the appeal. If the defendants fail to make such payments to the plaintiff, the plaintiff to have leave to apply to reargue the appeal on notice to the defendants.

UNION LUMBER CO., Respondent, v. CAFLISCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by the Union Lumber Company against Jacob C. Caflisch and another. No opinion. Judgment affirmed, with costs.

UNION S. S. CO. v. SHOOTER'S ISLAND SHIPYARD CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Appeal from Trial Term, New York County. Action by the Union Steamship Company against the Shooter's Island Shipyard Company. From an order modifying an order for examination of defendant before trial, both parties appeal. Modified and affirmed. Henry H. Pierce, for plaintiff. Charles J. Fay, for defendant.

PER CURIAM. The order appealed from should be modified, by striking therefrom the provision requiring the production of the defendant's books, except the cash book and the office pay roll books relating to the work done by the corporation upon the steamship in question. As so modified, the order should be affirmed, without costs, and without prejudice to a further application to examine the other officers of the company, if that shall be found necessary after the examination of the vice president and manager, and also without prejudice to requiring the production of other books by subpœna duces tecum, if their presence at the examination shall be found necessary.

In re VAN DUSEN. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) In the matter of the application of Orville J. Van Dusen to lay out a highway in the town of Caldwell, Warren county, N. Y.